UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shifra Gordon, individually and on behalf
of all others similarly situated,
    Plaintiff,

   v.            CASE NO.:  **7:20-cv-283**


Nationwide Credit, Inc., and John Does 1-25
    Defendant.
_____/

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Shifra Gordon and Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this party is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 8, 2021

| **For Plaintiff Shifra Gordon** | **For Defendant Nationwide Credit, Inc.** |
|---|---|
| Raphael Deutsch | Kirsten H. Smith |
| Stein Saks, PLLC | Sessions, Israel & Shartle |
| 285 Passaic Street | 3850 N. Causeway Blvd Suite 200 |
| Hackensack, NJ 07601 | Metairie, LA 70130 |
| 201-282-6500 | 504-846-7943 |
| rdeutsch@steinsakslegal.com | ksmith@sessions.legal |
|  |  |

1

## **CERTIFICATE OF SERVICE**

I certify that on March 8, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Raphael Deutsch*
Raphael Deutsch
*Attorneys for Plaintiff*
